UNITED STATES OF AMERICA, Appellee,

v.

Leroy SEARS, Appellant.

No. 00-3487.

United States Court of Appeals, Eighth Circuit.

Submitted April 24, 2001.

Decided May 7, 2001.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Leroy Sears pleaded guilty to conspiring to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846. The District Court[1] denied his request for a downward departure on the bases of his cultural assimila-

---

tion into the United States and the hardships he would suffer if deported. Sears was sentenced to seven-and-a-half years (ninety months) imprisonment and five years supervised release. On appeal, he argues that the Court erroneously concluded that it lacked authority to depart.

We have carefully reviewed the transcript of the sentencing hearing. The District Court's comments show that it did not believe it lacked authority to grant either a cultural-assimilation or a deportation-related-hardship downward departure; rather, it denied Sears such departures because of the particular facts and circumstances of his case. Thus, the matter is unreviewable on appeal. See *United States v. Bahena,* 223 F.3d 797, 807 (8th Cir.2000), *cert. denied,* —— U.S. ——, 121 S.Ct. 1163, 148 L.Ed.2d 1023 (2001); *United States v. Lipman,* 133 F.3d 726, 731–32 (9th Cir.1998).

Accordingly, we affirm the judgment of the District Court.

A true copy.

---

**1.** The Honorable Warren K. Urbom, United States District Judge for the District of Ne-

braska.